

Michael P. Canty
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0863
MCanty@labaton.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/17/2025
```

July 15, 2025

## MEMORANDUM ENDORSED

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

RE: *Eng v. WarnerMedia Direct, LLC*, No. 1:25-cv-02452-GHW (S.D.N.Y.)
Pre-Motion Conference Scheduled for July 18, 2025

Dear Judge Woods:

We represent Plaintiff Sheldon C. Eng and the proposed class in the above-captioned matter and write regarding the pre-motion conference scheduled to take place in this matter on July 18, 2025, at 4 p.m. Eastern via teleconference (ECF 22).

I am principal trial counsel in this case and I am scheduled to begin jury selection in a separate case, *Frasca v. Flo Health, Inc.*, No. 3:21-cv-00757 (N.D. Cal.), on Monday, July 21, 2025, with various pre-trial obligations for the balance of this week. Mindful that Your Honor's Individual Rule of Practice 2.A. directs that "principal trial counsel must appear at all conferences with the Court[,]" Plaintiff requests that the Court adjourn the July 18, 2025 teleconference to a date after August 8, 2025. Plaintiff has not previously requested any adjournments in this case and Defendants do not take a position on Plaintiff's request for an adjournment.

Should the Court wish to proceed with the July 18, 2025 teleconference, Plaintiff requests that the Court waive the requirement in Rule 2.A. so that another member of my firm may appear in my place.

Very truly yours,

Michael P. Canty

Application granted. The pre-motion conference scheduled for July 18, 2025 will instead take place on August 11, 2025 at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: July 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge



New York | Delaware | London | Washington, D.C.