```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHELDON C. ENG, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

             -against-

WARNERMEDIA DIRECT, LLC, *d/b/a* "Max," *f/k/a* "HBO Max," *et al.*,

                    Defendants.
-----------------------------------------------------------------------X

1:25-cv-2452-GHW

ORDER

GREGORY H. WOODS, District Judge:

    As stated on the record during the conference held on August 11, 2025, Defendants' request for leave to file a motion to dismiss the complaint, and a motion to dismiss and strike the complaint's class allegations, Dkt. Nos. 20, 21, is granted. The deadline for Defendants to file each motion is September 5, 2025. Plaintiff's opposition is due no later than twenty-one days after service of each of Defendants' motions. Defendants' reply, if any, is due within seven days after service of each of Plaintiff's oppositions.

    SO ORDERED.

Dated: August 12, 2025
New York, New York

                                                  GREGORY H. WOODS
                                             United States District Judge